AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.
BILL DESSAPS

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 23-mj-5014-JGD

I, _____BILL DESSAPS_____, charged in a ☑ complaint ☐ petition pending in this District with _____ in violation of Title __18__, U.S.C., __§ 1349/1956(h)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

*Bill Dessaps*
*Defendant*

2/14/2023
*Date*

Jennifer McKinnon
*Counsel for Defendant*

Digitally signed by Jennifer McKinnon
Date: 2023.02.15 10:30:43 -05'00'